

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00484-CV

**SEGUNDO NAVARRO DRILLING, LTD.**, Lewis Petro Properties, Inc., Tercero Navarro, Inc., and Rodney R. Lewis,
Appellants

v.

**SAN ROMAN RANCH MINERAL PARTNERS, LTD.**,
Appellee

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2018CVK002483D4
Honorable Oscar J. Hale, Jr., Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE CHAPA, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the trial court's order is AFFIRMED. Costs of this appeal are taxed against appellants.

SIGNED August 19, 2020.

_____
Beth Watkins, Justice